**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TEDDROS MHRETEAB TEKLEMARIAM,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | ) | Case No. CIV-26-1973-PRW |

## ORDER

This case was originally referred to Magistrate Judge Suzanne Mitchell for a Report and Recommendation (Dkt. 3). The Court **VACATES** the referral.

**IT IS SO ORDERED** this 4th day of September 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE